In the Matter of the Liquidation of NATIONAL SURETY COMPANY, Claim of WILLIAM F. LAUGHLIN, as Administrator de Bonis Non, etc., of WESLEY COOPER, Deceased. Claim No. C. B. 2262. WILLIAM F. LAUGHLIN, etc., Claimant, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of National Surety Company, Petitioner, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.